In re Banks, Joe et al.; Burnett, Jimmy; Bland, Latochia; Brown, Denver; Ducre, Perry; Lepage, Charles A. Jr.; Guidry, Lucille Johnson; Webb, Jo Griffin; Kelly, Theresa; Crawford, Danielle; Perkins, Averia T.; Robichaux, Ivory Jr.; Tumblin, Stephen C.; Pollard, Delilah; Perkins, Desma A.; Owens, Gwendolyn; Bland, Darlene; Boyce, Kevin M.; Harding, Brian N.; Jenkins, Ray C.; Canales, Justo; Ayala, Israel; Boehm, Gary; Johnson, Murry Jr.; Steudlein, Mark; Wilson, Joseph S.; Jonson, Glynis G.; Fernandez-Riehard, Lisa; Etienne, Melanie; Char-bonnet, Glenn; Preston, Earl Jr.; — Plaintiffs); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil Service Commission City of New Orleans, Nos. 7068, 7083, 7329, 7330, 7331, 7332, 7333, 7349, 7084, 7085, 7086, 7087, 7088, 7121, 7122, 7137, 7232, 7066, 7067, 7069, 7070, 7071, 7072, 7073, 7074-, 7075, 7076, 7241, 7287, 7077, 7078, 7079, 7080, 7081, 7082, 7293; to the Court of Appeal, Fourth Circuit, No. 2008-CA-0065.
Denied.
TRAYLOR, J., would grant.